IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-2502-RM-NYW

MARY BENSON,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE,

    Defendant.

## MINUTE ORDER

Magistrate Judge Nina Y. Wang

This civil action is before the court on Defendant State Farm Mutual Automobile Insurance Company's ("Defendant" or "State Farm") Motion to Compel Response to Subpoena to Produce to Nonparty Genesis Eldercare Physician Services, Inc. ("Motion to Compel") [#18, filed February 12, 2020]. The undersigned considers the Motion pursuant to 28 U.S.C. § 636(b), the Order Referring Case dated November 1, 2019 [#12], and the Memorandum dated February 13, 2020 [#19].

In the instant Motion, State Farm avers that it personally served on non-party Genesis Eldercare Physician Services, Inc.'s ("Genesis") Colorado registered agent a subpoena to produce all of Genesis's employment records concerning Plaintiff Mary Benson ("Plaintiff" or "Ms. Benson") on December 11, 2019. [#18 at 2; #18-1; #18-2]. Pursuant to the subpoena, Genesis was required to respond—or produce responsive documents—thereto by December 26, 2020. [#18 at 3]. To date, Genesis has not responded to the subpoena in any form. [*Id.*]. Thus, State Farm

seeks an order from this court compelling Genesis to respond to the subpoena pursuant to Federal Rules of Civil Procedure 37(a)(1) and 45(d)(2)(B)(i). *See* [*id.*].

State Farm filed the instant Motion on February 12, 2020 and thus, the deadline for non-party Genesis to respond to State Farm's Motion to Compel is **March 5, 2020**. *See* D.C.COLO.LCivR 7.1(d). **Genesis's failure to respond to the instant Motion will be deemed an admission of the arguments raised therein**.

**IT IS ORDERED** that:

1. Non-party Genesis Eldercare Physician Services, Inc. shall respond to State Farm's Motion to Compel Response to Subpoena to Produce to Nonparty Genesis Eldercare Physician Services, Inc. [#18] **on or before March 5, 2020**; and

2. Defendant State Farm Mutual Insurance Company shall serve a copy of this Minute Order on Genesis's Colorado registered agent at the following:

> Genesis Eldercare Physician Services, Inc.
> c/o Registered Agent Corporation Service Agency
> 1900 West Littleton Blvd.
> Littleton, Colorado 80120

DATED: February 19, 2020	BY THE COURT:

*[signature]*
United States Magistrate Judge