**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-2502

MARY BENSON,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

_____

**NOTICE OF COMPLIANCE WITH COURT ORDER**
_____

PLEASE TAKE NOTICE, that in compliance with Court Order in Dkt 20 Minute Order, defendant has served Genesis Eldercare Physician Services, Inc. with said Court Order, by personally handing same to the registered agent of Genesis Eldercare Physician Services, Inc., Registered Agent Corporation Service Agency.  Return of Service attached as Exhibit.

Dated this 26th day of February, 2020.

MESSNER REEVES LLP

*/s/Heather A. Salg*
Heather A. Salg
Tamara C. Jordan
Nathaniel Scott Barker
MESSNER REEVES LLP
6465 Greenwood Plaza Blvd, Suite 650
Greenwood Village, Colorado 80111
Phone: 303.623.1800
Fax:      303.623.0552
Email: hsalg@messner.com
           tjordan@messner.com
           nbarker@messner.com
*Attorneys for Defendant State Farm Mutual
Automobile Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2020, the foregoing **NOTICE OF COMPLIANCE WITH COURT ORDER** was filed via the court's ECF filing system, which caused electronic service to be made on the following:

David A. Klibaner, Esq.
Pamela K. Pritzel, Esq.
Klibaner Law Firm, PC
899 Logan Street, Suite 200
Denver, CO 80203
david@dklawfirm.com
Attorney for Plaintiff

*/s/ Jeannie Tesar*
Jeannie Tesar