**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-2502

MARY BENSON,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

_____

## DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER
_____

Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its counsel, Messner Reeves LLP, pursuant to D.C.COLO.LCivR 6.1 hereby submits its Motion to Modify the Scheduling Order. In support thereof, defendant states as follows:

### D.C.COLO.LCivR 7.1(a) Certification of Conferral

Counsel for the defendant certifies she has conferred with counsel for the plaintiff regarding the contents and basis of this Motion. This Motion is unopposed.

1. *D.C.COLO.LCivR 6.1(c) Certification*: A copy of this Motion is being served upon defendant by its counsel and upon plaintiff by her counsel.

2. The Scheduling Order, Document No. 17, was entered on November 19, 2019, giving a deadline of June 29, 2020 for the discovery cut-off.

3.    The parties have been making efforts to schedule multiple depositions including plaintiff's expert and defendant's 30(b)(6).

4.    The parties have been diligently working toward moving this case forward but delays due to COVID-19 have presented difficulties in scheduling.

5.    In light of the foregoing, the parties request an extension of Scheduling Order deadlines as follows:

    a.  Discovery cut-off: July 29, 2020

WHEREFORE the Parties request a Modification of the Scheduling Order deadlines as set forth above and such other and further relief as this Court deems necessary and just.

DATED: June 29, 2020.

MESSNER REEVES LLP

*/s/ Tamara C. Jordan*
Heather A. Salg
Tamara C. Jordan
Nathaniel Scott Barker
MESSNER REEVES LLP
6465 Greenwood Plaza Blvd, Suite 650
Greenwood Village, Colorado 80111
Phone: 303.623.1800
Email: hsalg@messner.com
      tjordan@messner.com
      nbarker@messner.com
*Attorneys for Defendant State Farm*
*Mutual Automobile Insurance Company*

**CERTIFICATE OF SERVICE**

        I hereby certify that on June 29, 2020, the foregoing **MOTION TO MODIFY THE SCHEDULING ORDER** was filed via the ECF filing system, which caused electronic service to be made on the following:

David A. Klibaner, Esq.
Pamela K. Pritzel, Esq.
Klibaner Law Firm, PC
899 Logan Street, Suite 200
Dever, CO 80203
david@dklawfirm.com
Attorney for Plaintiff

                                          */s/Jeannie Tesar*
                                          Jeannie Tesar