IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-02502-RM-NYW

MARY BENSON,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Defendant.

---

## ORDER

---

Before the Court is the Recommendation of United States Magistrate Judge Nina Y. Wang (ECF No. 46) to grant Defendant's Motion to Strike Late Expert Disclosure (ECF No. 42). The Court accepts and adopts the Recommendation, which is incorporated into this Order by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised that specific written objections were due within fourteen days after being served a copy of the Recommendation. The deadline for responding to the Recommendation has come and gone with no response.

"In the absence of a timely objection, the district court may review a magistrate judge's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.3d 1165, 1167 (10th Cir. 1991). The magistrate judge determined that the disclosure at issue was made after the Court-imposed deadline, causing both prejudice and surprise to Defendant. The magistrate judge further determined that Plaintiff failed to show that the violation was either justified or harmless.

The Court concludes the magistrate judge's analysis was sound and discerns no error on the face of the record.  Therefore, the Court ACCEPTS the Recommendation (ECF No. 46) and GRANTS the Motion to Strike (ECF No. 42).

DATED this 1st day of April, 2021.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge